# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| DARRYL O'BRIEN, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED;<br>*Plaintiff*<br><br>-vs-<br><br>ALLTRAN FINANCIAL, LP,<br>*Defendant* | §<br>§<br>§   SA-20-CV-00550-XR<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ON STIPULATION OF DISMISSAL

On this date, the Court considered the Parties' Stipulation of Dismissal as to Defendant ALLTRAN FINANCIAL, LP. ECF No. 36. The Court hereby **GRANTS** the Parties' Stipulation of Dismissal and **ORDERS** that:

1. The claims of Plaintiff Darryl O'Brien in his individual capacity in original Case No. 5:20-cv-00550-XR are hereby **DISMISSED WITH PREJUDICE** as to Defendant ALLTRAN FINANCIAL, LP.

2. The claims of putative class members in original Case No. 5:20-cv-00550-XR are hereby **DISMISSED WITHOUT PREJUDICE** as to Defendant ALLTRAN FINANCIAL, LP.

It is so **ORDERED**.

**SIGNED** this 23rd day of November, 2020.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE